UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 98-7849

———————————

JAMES A. JOHNSON,

                              Petitioner - Appellant,

        versus

CHARLES CONDON, Attorney General of the State
of South Carolina; WILLIE WELDON, Warden of
Lieber Correctional Institution,

                              Respondents - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Charles E. Simons, Jr., Senior
District Judge.  (CA-98-3104-6-6AK)

———————————

Submitted:  March 11, 1999          Decided:  March 18, 1999

———————————

Before WIDENER and LUTTIG, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

James A. Johnson, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Johnson v. Condon, No. CA-98-3104-6-6AK (D.S.C. Nov. 27, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2